## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRISTA DOUGHERTY and ANGEL DOUGHERTY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DREW UNIVERSITY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. _____ |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 6, 2021, a true and correct copy of Drew University's Notice of Removal was served via email on the following counsel:

> Philip L. Fraietta
> BURSOR & FISHER, P.A.
> 888 Seventh Avenue
> New York, NY 10019
> Tel.: (646) 837-7150
> Fax: (212) 989-9163
> pfraietta@bursor.com

> L. Timothy Fisher
> Neal J. Deckant
> BURSOR & FISHER, P.A.
> 1990 N. California Blvd., Suite 940
> Walnut Creek, CA 94596
> Tel.: (925) 300-4455
> Fax: (925) 407-2700
> ltfisher@bursor.com
> ndeckant@bursor.com

Sarah N. Westcot
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Tel.: (305) 330-5512
Fax: (305) 676-9006
swestcot@bursor.com


                                                               */s/Angelo A. Stio III*
                                                               Angelo A. Stio III