# EXHIBIT B

```
MORRIS COUNTY
SUPERIOR COURT
COURT STREET
MORRISTOWN        NJ 07960
                                            TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (862) 397-5700
COURT HOURS  8:30 AM - 4:30 PM

                             DATE:   DECEMBER 14, 2020
                             RE:     DOUGHERTY CRISTA  VS DREW UNIVERSITY
                             DOCKET: MRS L -002601 20

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON PETER A. BOGAARD

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (862) 397-5700.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                                  ATT: PHILIP L. FRAIETTA
                                  BURSOR & FISHER, P.A.
                                  888 SEVENTH AVE
                                  NEW YORK          NY 10019


ECOURTS
```

Angelo A. Stio III (#014791997)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Tel: (609) 951-4125
angelo.stio@troutman.com

| | |
|---|---|
| CRISTA DOUGHERTY and ANGEL DOUGHERTY, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>DREW UNIVERSITY,<br><br>       Defendant. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: CIVIL PART MORRIS COUNTY<br><br>DOCKET NO. MRS-L-002601-20<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD** |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the respective parties, that the time for Defendant Drew University to answer, move, or otherwise respond to Plaintiffs' Complaint is extended up to and including February 1, 2021.

| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>*Attorneys for Plaintiffs Christa Dougherty and Angel Dougherty* | **TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>*Attorneys for Defendant Drew University* |
| By: */s/ Philip L. Fraietta*<br>   Philip L. Fraietta<br><br>Dated: December 23, 2020 | By: */s/ Angelo A. Stio III*<br>   Angelo A. Stio III<br><br>Dated: December 23, 2020 |

Angelo A. Stio III (#014791997)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
Tel: (609) 951-4125
angelo.stio@troutman.com

| | |
|---|---|
| CRISTA DOUGHERTY and ANGEL DOUGHERTY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DREW UNIVERSITY, <br><br> Defendant. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: CIVIL PART MORRIS COUNTY <br><br> DOCKET NO. MRS-L-002601-20 <br><br> **STIPULATION SETTING FORTH BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the respective parties, that if Defendant files a motion to dismiss the Complaint, the Plaintiffs shall have until March 3, 2021 to file any opposition brief and Defendant shall thereafter file its reply brief on or before March 17, 2020.

**BURSOR & FISHER, P.A.**
*Attorneys for Plaintiffs Christa Dougherty and Angel Dougherty*

By: */s/ Philip L. Fraietta*
    Philip L. Fraietta

Dated: December 23, 2020

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
*Attorneys for Defendant Drew University*

By: */s/ Angelo A. Stio III*
    Angelo A. Stio III

Dated:  December 23, 2020

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (NJ Bar No. 118322014)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher *
Neal J. Deckant*
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
          ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
Email: swestcot@bursor.com


**Pro Hac Vice* Forthcoming

*Counsel for Plaintiff*

| | |
|---|---|
| CRISTA DOUGHERTY and ANGEL DOUGHERTY, on behalf of themselves and all others similarly situated,<br><br>                                              Plaintiffs,<br><br>     v.<br><br>DREW UNIVERSITY,<br><br>                                              Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MORRIS COUNTY<br><br>Docket No. MRS L -002601 20<br><br>**CIVIL ACTION**<br><br>PROOF OF DUE DILIGENCE |

PHILIP L. FRAIETTA hereby certifies as follows:

1.     I, the undersigned, am an attorney-at-law licensed to practice in the State of New Jersey and I am a partner in Bursor & Fisher, P.A.'s New York office, located at 888 7th Avenue, New York, New York 10019.  I am counsel of record for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth below and, if called upon, could and would competently testify thereto.

1

2. On December 22, 2020, the Complaint, Summons and Track Assignments were sent to First Legal for service.

3. Attached hereto as Exhibit 1 is a true and correcy copy of the Affidavit of Due Diligence issued by First Legal on December 29, 2020, with details of service attempts. As discussed in the Affidavit of Due Diligence, two separate attempts at service were made, but they were unsuccessful. Plaintiffs will make another attempt at service after Defendant's offices reopen, following the holiday break.

I hereby certify that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 30, 2020

Respectfully submitted,

By:   /s Philip L. Fraietta
       Philip L. Fraietta

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (NJ Bar No. 118322014)
888 Seventh Avenue
New York NY 10010
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher *
Neal J. Deckant*
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ltfisher@bursor.com
          ndeckant@bursor.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot*
701 Brickell Avenue, Suite 1420,
Miami, FL 33131
Telephone: (305) 330-5512

                Facsimile:  (305) 676-9006
                Email: swestcot@bursor.com

                **Pro Hac Vice* Forthcoming

                *Counsel for Plaintiff*

**EXHIBIT 1**

| Attorney or Party without Attorney:<br>Sarah N. Westcot, Esq. (#)<br>BURSOR & FISHER, P.A.<br>701 BRICKELL AVENUE SUITE 1420<br>MIAMI, FL 33131<br>  Telephone No: 305-330-5512<br>  Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF NEW JERSEY, MORRIS COUNTY, LAW DIVISION |
|---|
| Plaintiff: CRISTA DOUGHERTY and ANGEL DOUGHERTY, individually and on behalf of all others similarly situated<br>Defendant: DREW UNIVERSITY |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>MRS-L-002601-20 |
|---|---|---|---|---|

1. I, Manny Bayo, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject DREW UNIVERSITY as follows:

2. *Documents:* Civil Action Summons; Class Action Complaint; Track Assignment Notice

**Attempt Detail**

1) Unsuccessful Attempt by: Manny Bayo () on: Dec 22, 2020, 1:22 pm EST at 36 Madison Ave, Madison, NJ 07940
Location is closed this week. They will reopen on Monday.

2) Unsuccessful Attempt by: Manny Bayo () on: Dec 29, 2020, 11:15 am EST at 36 Madison Ave, Madison, NJ 07940
I was advised to come back Monday 1/4/2021. There was no one there to accept service because everyone is still on Vacation because on the holidays.

6. **Person Who Served Papers:**
   a. Manny Bayo ()
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. *The Fee* for Service was:

4. **I declare under penalty of perjury that the foregoing is true and correct.**

12/29/2020
(Date)                (Signature)



AFFIDAVIT OF
DUE DILIGENCE

5206305
(338303)