## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CRISTA DOUGHERTY,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DREW UNIVERSITY,** <br><br> Defendant. | Case No. 21–cv–00249–KM–ESK <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on June 30, 2021; and for good cause appearing,

**IT IS** on this   **1st** day of **July 2021**   **ORDERED** that:

1.  The parties shall meet and confer concerning further proceedings in this matter, and file a joint proposed discovery schedule by **July 16, 2021**. The parties may address in the joint submission their respective positions regarding the bifurcation of discovery.

2.  A telephone status conference is scheduled for **August 20, 2021 at 10:30 a.m.** before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#.

                                                          */s/ Edward S. Kiel*
                                                          **EDWARD S. KIEL**
                                                          **UNITED STATES MAGISTRATE JUDGE**