# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10106**
www.bursor.com

PHILIP L. FRAIETTA
Tel: **646.837.7150**
Fax: **212.989.9163**
pfraietta@bursor.com

September 30, 2021

**ORDER**

*By ECF:*

The Honorable Kevin McNulty
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Dougherty v. Drew University*, Case No. 2:21-cv-00249-KM-ESK (D.N.J.)

Dear Judge McNulty:

The undersigned represent Plaintiffs Crista Dougherty and Angel Dougherty ("Plaintiffs"), and Defendant Drew University ("Defendant") (collectively, the "Parties"), in the above-referenced matter. We write pursuant to the Court's July 19, 2021 Order staying the case and requiring the Parties to file a joint status letter. *See* ECF No. 36. For background, the Parties had previously notified the Court that they were pursuing the possible resolution of this action through informal settlement discussions, that an initial offer had been exchanged, and that judicial economy and the interests of the Parties would be served by a modest stay of the action. *See* ECF No. 35.

Presently, the Parties are continuing to explore resolution, and are actively engaged in settlement discussions. The Parties have not reached an agreement in principle and are uncertain whether a resolution will be reached, but they are continuing to engage in good faith. As such, the Parties jointly request that the Court extend the stay an additional thirty (30) days, with a further status letter due no later than November 1, 2021.

Very truly yours,

  */s/ Philip L. Fraietta*
Philip L. Fraietta, Plaintiff's Counsel

  */s/ Angelo A. Stio III*
Angelo A. Stio III, Defendant's Counsel

**The highlighted request (ECF No. 37) is granted. The matter remains stayed until further order of the Court. The parties are directed to file a joint status letter by November 1, 2021.**

      */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.**
**Date: October 4, 2021**