### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRISTA DOUGHERTY and ANGEL DOUGHERTY, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DREW UNIVERSITY,<br><br>                    Defendant. | Civil Action No.: 2:21-cv-00249-KM-ESK<br><br>Hon. Kevin McNulty<br><br>Motion Return Date: April 5, 2021 |

### STIPULATION OF VOLUNTARY DISMISSAL
### WITH PREJUDICE PURSUANT TO RULE 41(a)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Crista Dougherty and Angel Dougherty (collectively, "Plaintiffs") and Defendant Drew University ("Drew" or "Defendant") (together with Plaintiffs, the "Parties") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed, with prejudice, with each party to bear its own costs and fees and all parties waiving all rights of appeal.

Dated: January 25, 2022

*/s Philip L. Fraietta*
Philip L. Fraietta
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
Phone: 646.837.7150

*Counsel for Plaintiffs*

Dated: January 25, 2022

*/s Angelo A. Stio III*
Angelo A. Stio III
angelo.stio@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS, LLP**
301 Carnegie Center, Suite 400
Princeton, New Jersey 08543
Phone: 609.951.4125

*Counsel for Defendant Drew University*