# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRISTA DOUGHERTY and ANGEL DOUGHERTY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DREW UNIVERSITY,<br><br>Defendant. | Civil Action No.: 2:21-cv-00249-KM-ESK Hon. Kevin McNulty<br><br>**SO ORDERED.**<br><br>**s/ Kevin McNulty**<br>**Hon. Kevin McNulty**<br>**U.S. District Judge**<br>**Date: 1/26/2022** |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
## WITH PREJUDICE PURSUANT TO RULE 41(a)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Crista Dougherty and Angel Dougherty (collectively, "Plaintiffs") and Defendant Drew University ("Drew" or "Defendant") (together with Plaintiffs, the "Parties") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed, with prejudice, with each party to bear its own costs and fees and all parties waiving all rights of appeal.

Dated:  January 25, 2022                                             Dated:  January 25, 2022

*/s Philip L. Fraietta*                                                      */s Angelo A. Stio III*
Philip L. Fraietta                                                            Angelo A. Stio III
*pfraietta@bursor.com*                                                *angelo.stio@troutman.com*
**BURSOR & FISHER, P.A.**                                      **TROUTMAN PEPPER HAMILTON SANDERS, LLP**
888 Seventh Avenue                                                   301 Carnegie Center, Suite 400
New York, NY 10019                                                  Princeton, New Jersey 08543
Phone:  646.837.7150                                                Phone:  609.951.4125

*Counsel for Plaintiffs*                                                 *Counsel for Defendant Drew University*